**Joshua Bernard JOHNS, Petitioner–
Appellant,**

v.

**COMMONWEALTH OF VIRGINIA,
Respondent–Appellee.**

No. 03–6175.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 6, 2003.

Joshua Bernard Johns, Appellant Pro Se.

Before WILKINSON, MICHAEL and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Joshua Bernard Johns appeals the district court's order denying his motion for a new trial pursuant to Fed.R.Crim.P. 33. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johns v. Virginia,* No. CA–02–1687–A (E.D.Va. Dec. 13, 2002). We deny Johns'

motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*